**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:        **ROBERT JOELY WHITE**                    **CASE NO.    17-50600-KMS**

            **DEBTOR(S)**                                      **CHAPTER    11**

---

**UNITED STATES TRUSTEE'S OBJECTION TO**
**DEBTOR'S CLAIMED EXEMPTIONS**

---

COMES NOW Henry G. Hobbs, Jr., Acting United States Trustee for Region 5 ("UST"), by and through undersigned counsel, pursuant to Fed. R. Bankr. P. 4003(b), and files his Objection to the Debtor's Claimed Exemptions, and in support thereof respectfully submits the following:

1.      On March 28, 2017, Debtor Robert Joely White filed a voluntary chapter 11 petition for relief. The Debtor is *pro se*. The Debtor filed his schedules and statements on May 2, 2017. DKT. #51. The schedules included Schedule C that lists "The Property Claimed as Exempt." *Id.*

2.      The UST concluded the § 341 meeting of creditors on May 10, 2017. DKT. #62.

3.      The Debtor has a duty to liquidate all non-exempt assets for the benefit of his creditors.

4.      Miss. Code Ann. § 85-3-1 and § 85-3-21 set forth the exemptions claimed in Mississippi, an opt-out state from the federal exemption statute under 11 U.S.C. § 522.

5.      Miss. Code Ann. § 85-3-1(a) limits exemptions for tangible personal property to a cumulative value of $10,000 per Debtor. The UST calculates that the Debtor's total claimed exemption amount for tangible personal property exceeds $10,000.

1

6.      The exemption for tangible personal property also includes a one-firearm limit on household goods.

WHEREFORE, PREMISES CONSIDERED, the United States Trustee prays that the Court will sustain the objection and require the Debtor to amend Schedule C to address the UST's objections and to comply with the applicable exemption statutes.  The United States Trustee also prays for all general relief to which entitled in these premises.

RESPECTFULLY SUBMITTED, this the 25th day of May, 2017.

> HENRY G. HOBBS, JR.
> Acting United States Trustee
> Region 5, Judicial Districts
> of Louisiana and Mississippi
>
> By:      */s/Christopher J. Steiskal, Sr.*
>           CHRISTOPHER J. STEISKAL, SR.

CHRISTOPHER J. STEISKAL, SR. (MSB #101654)
TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE U.S. TRUSTEE, REGION 5
501 EAST COURT STREET, SUITE 6-430
JACKSON, MISSISSIPPI  39201
TEL:  (601) 965-5241
FAX:  (601) 965-5226
EMAIL:  christopher.j.steiskal@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I certify that a copy of the foregoing pleading has been served this day on the below named individual(s) via first class U.S. Mail at the address listed below or by Notice of Electronic Filing via the email address on file with the Court's CM/ECF system:

Robert Joely White
19668 Eagle Cove
Gulfport, MS  39503
Email:  joelywhite@yahoo.com

DATED, this the <u>25th</u> day of May, 2017.

*/s/Christopher J. Steiskal, Sr.*
CHRISTOPHER J. STEISKAL, SR.
